# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00945-CV

### In re Claude Wayne Chadwick Israel

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: February 19, 2020